**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATTY LEE KELM,                                    No. C 05-3856 MEJ

       Plaintiff(s),

   vs.                                               **ORDER RE: PROPOSED PROTECTIVE
ORDER**

KAISER FOUNDATION HOSPITALS, et al.,

       Defendant(s).
_____/

      The Court is in receipt of the parties' Stipulation and Proposed Protective Order, filed

February 1, 2006.  As the stipulation contains no provision for filing documents under seal pursuant

to Civil Local Rule 79-5, the Court requests that the parties file a revised proposed order which

includes specific reference to the requirements of Rule 79-5.  Accordingly, the Court hereby

DENIES the parties' stipulation without prejudice to the filing of a revised stipulation.

      **IT IS SO ORDERED.**

Dated: February 1, 2006                    _____
                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge