Charles J. Katz, CA State Bar No. 68459
475 El Camino Real, Suite 300
Millbrae, CA 94030
Telephone: (650) 692-4100
Facsimile: (650) 692-2900

Attorney for Plaintiff
PATTY LEE KELM

Deborah J. Broyles, CA State Bar No. 167681
Deborah R. Schwartz, CA State Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY LEE KELM,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS,<br><br>　　　　　　　Defendant. | Case No.: C 05 03856 MEJ<br><br>**STIPULATION TO SUBSTITUTE METHODS OF ALTERNATIVE DISPUTE RESOLUTION AND [PROPOSED] ORDER** |

**RECITALS**

WHEREAS on January 26, 2006, the Court ordered the parties to attend a settlement conference with a magistrate judge as part of the Court's Alternative Dispute Resolution ("ADR") program;

WHEREAS, since that time, the parties have conducted initial rounds of discovery and now believe that participating in mediation in lieu of a settlement conference would be more beneficial to resolving this case;

WHEREAS the parties agree that a court-appointed mediator would be beneficial in resolving the matter.

**STIPULATION**

The parties hereby agree and stipulate to utilize a court-appointed mediator, pursuant to ADR Local Rule 6, in lieu of attending a settlement conference with a magistrate judge.

Date: April 11, 2006   Plaintiff's Counsel   /s/
                                              Charles J. Katz
                                              Attorney for Plaintiff
                                              PATTY LEE KELM

Date: April 12, 2006   Defendant's Counsel   /s/
                                              Deborah R. Schwartz
                                              Attorney for Defendant
                                              KAISER FOUNDATION HOSPITALS

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing therefore, the Court orders the following:

1. The parties are ordered to attend mediation pursuant to ADR Local Rule 6. The ADR staff will appoint a mediator who is available and has no apparent conflicts of interest.

**IT IS SO ORDERED.**

Date: April 14, 2006

Maria-Elena James
United States Magistrate [Judge]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*