Charles J. Katz, CA State Bar No. 68459
475 El Camino Real, Suite 300
Millbrae, CA 94030
Telephone:  (650) 692-4100
Facsimile:  (650) 692-2900

Attorney for Plaintiff
PATTY LEE KELM

Deborah J. Broyles, CA State Bar No. 167681
Deborah R. Schwartz, CA State Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS,
GEORGE HALVERSON; DENISE DRYER;
and ROSE CORINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATTY LEE KELM,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>KAISER FOUNDATION HOSPITALS;<br>GEORGE HALVERSON; DENISE DRYER;<br>and ROSE CORINO,<br><br>　　　Defendants. | Case No.: C 05 03856 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>ORDER CLOSING FILE |
|---|---|

1  IT IS HEREBY STIPULATED AND AGREED, Pursuant to Rule 41(a)(1)(ii) of the
2  Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiff PATTY LEE
3  KELM and defendants KAISER FOUNDATION HOSPITALS, GEORGE HALVERSON;
4  DENISE DRYER; and ROSE CORINO, by and through their counsel of record, hereby stipulate
5  and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE
6  in its entirety. Each of the parties shall bear its/his own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement should that become necessary.

**IT IS SO STIPULATED.**

Dated: September 11, 2006

By    /s/ Charles J. Katz
CHARLES J. KATZ
Attorneys for Plaintiff
PATTY LEE KELM

Dated: September 11, 2006    THELEN REID & PRIEST LLP

By    /s/ Deborah R. Schwartz
DEBORAH R. SCHWARTZ
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS; GEORGE HALVERSON; DENISE DRYER; and ROSE CORINO

The Clerk of Court shall close the file.

**ORDER**

**IT IS SO ORDERED.**

Dated: September 12, 2006    By _____

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*